## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: ]  Case Number 07-03187
] CH 13
Doris J. Durham; ] Judge Eugene R. Wedoff
]
]
]
]
]

### STATEMENT OF OUTSTANDING OBLIGATIONS

HSBC Mortgage Services, Inc. hereby submits to the court an itemized statement of post petition payment obligations due and owing by the debtor, Doris J. Durham, on the note and mortgage regarding the real estate located at 601 E. 32nd Street Unit 300, Chicago, IL.

1. Missing post petition mortgage payments for the months of 8/1/2007 to 11/1/2010 in the amount of $478.67 each = $19,146.80.

HSBC Mortgage Services, Inc.

/s/Steven C. Lindberg

One of Its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    866-402-8661    630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart - 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Jason A. Newman, Of Counsel,- 6275591
XB1010034

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**