## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

|  |  |  |
|---|---|---|
| | ] | Case Number 07-03187 |
| | ] | CH 13 |
| Doris J. Durham; | ] | Judge Eugene R. Wedoff |
| | ] | |
| | ] | |
| | ] | |
| | ] | |
| | ] | |

### STATEMENT OF OUTSTANDING OBLIGATIONS

HSBC Mortgage Services, Inc. hereby submits to the court an itemized statement of post petition obligations due and owing by the debtor, Doris J. Durham, on the note and mortgage regarding the real estate located at 601 E. 32nd Street Unit 300, Chicago, IL.

1. Supplemental proof of claim #12 in the amount of $1,874.46.

HSBC Mortgage Services, Inc.

/s/Steven C. Lindberg

One of Its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    866-402-8661   630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart - 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Jason A. Newman, Of Counsel,- 6275591
XB1011005
**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

XB1011005

|  |  |
|---|---|
| IN RE: | ]<br>]<br>] |
| | ]    Case Number 07-03187 |
| Doris J. Durham; | ]    CH 13 |
| | ]    Judge Eugene R. Wedoff |
| | ]<br>]<br>]<br>] |

### NOTICE OF FILING

TO:    Doris J. Durham, 601 E. 32nd St. #300, Chicago, IL 60616

Joseph Wrobel, Joseph Wrobel, Ltd., 105 W. Madison, Ste 700, Chicago, IL 60602

Marilyn O. Marshall, 224 South Michigan Avenue, Suite 800, Chicago, IL 60604

PLEASE TAKE NOTICE THAT ON November 5, 2010,  there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

STATEMENT OF OUTSTANDING OBLIGATIONS

/s/ Steven C. Lindberg

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770     866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart - 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Jason A. Newman, Of Counsel,- 6275591

### PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a copy of this notice  by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on November 5, 2010.

/s/ Melissa Myers

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

|                          |   |                            |
|--------------------------|---|----------------------------|
|                          | ] | Case Number 07-03187       |
|                          | ] | CH 13                      |
| Doris J. Durham;         | ] | Judge Eugene R. Wedoff     |
|                          | ] |                            |
|                          | ] |                            |
|                          | ] |                            |
|                          | ] |                            |
|                          | ] |                            |

## STATEMENT OF OUTSTANDING OBLIGATIONS

HSBC Mortgage Services, Inc. hereby submits to the court an itemized statement of post petition obligations due and owing by the debtor, Doris J. Durham, on the note and mortgage regarding the real estate located at 601 E. 32nd Street Unit 300, Chicago, IL.

1.      Supplemental proof of claim #12 in the amount of $1,874.46.

HSBC Mortgage Services, Inc.

/s/Steven C. Lindberg

One of Its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    866-402-8661   630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart - 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Jason A. Newman, Of Counsel,- 6275591
XB1011005
**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

XB1011005

|  |  |  |
|---|---|---|
| IN RE: | ] |  |
|  | ] |  |
|  | ] | Case Number 07-03187 |
| Doris J. Durham; | ] | CH 13 |
|  | ] | Judge Eugene R. Wedoff |
|  | ] |  |
|  | ] |  |
|  | ] |  |
|  | ] |  |

### NOTICE OF FILING

TO:  Doris J. Durham, 601 E. 32nd St. #300, Chicago, IL 60616
Joseph Wrobel, Joseph Wrobel, Ltd., 105 W. Madison, Ste 700, Chicago, IL 60602
Marilyn O. Marshall, 224 South Michigan Avenue, Suite 800, Chicago, IL 60604

PLEASE TAKE NOTICE THAT ON November 5, 2010,  there was filed with the Clerk of the
Bankruptcy Court, Northern District, Eastern Division, the following in this action:

STATEMENT OF OUTSTANDING OBLIGATIONS

/s/ Steven C. Lindberg

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770     866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart - 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Jason A. Newman, Of Counsel,- 6275591

### PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a
copy of this notice  by mailing a copy to the above named parties at the above named addresses
and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on
November 5, 2010.

/s/ Melissa Myers

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

| | | |
|---|---|---|
| | ] | Case Number 07-03187 |
| | ] | CH 13 |
| Doris J. Durham; | ] | Judge Eugene R. Wedoff |
| | ] | |
| | ] | |
| | ] | |
| | ] | |
| | ] | |

**STATEMENT OF OUTSTANDING OBLIGATIONS**

HSBC Mortgage Services, Inc. hereby submits to the court an itemized statement of post petition obligations due and owing by the debtor, Doris J. Durham, on the note and mortgage regarding the real estate located at 601 E. 32nd Street Unit 300, Chicago, IL.

1.      Supplemental proof of claim #12 in the amount of $1,874.46.

HSBC Mortgage Services, Inc.

/s/Steven C. Lindberg

One of Its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    866-402-8661   630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart - 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Jason A. Newman, Of Counsel,- 6275591
XB1011005
**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

XB1011005

|  |  |  |
|---|---|---|
| IN RE: | ] | |
| | ] | |
| | ] | Case Number 07-03187 |
| Doris J. Durham; | ] | CH 13 |
| | ] | Judge Eugene R. Wedoff |
| | ] | |
| | ] | |
| | ] | |
| | ] | |

### NOTICE OF FILING

TO:   Doris J. Durham, 601 E. 32nd St. #300, Chicago, IL 60616

Joseph Wrobel, Joseph Wrobel, Ltd., 105 W. Madison, Ste 700, Chicago, IL 60602

Marilyn O. Marshall, 224 South Michigan Avenue, Suite 800, Chicago, IL 60604

PLEASE TAKE NOTICE THAT ON November 5, 2010,  there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

STATEMENT OF OUTSTANDING OBLIGATIONS

/s/ Steven C. Lindberg

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770     866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart - 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Jason A. Newman, Of Counsel,- 6275591

### PROOF OF SERVICE BY MAIL

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a copy of this notice  by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on November 5, 2010.

/s/ Melissa Myers